**Electronically Filed
Intermediate Court of Appeals
CAAP-13-0002347
04-OCT-2013
08:30 AM**

NO. CAAP-13-0002347

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

RICHARD MISSLER and PATRICIA MISSLER,
Appellants-Appellees,
v.
BOARD OF APPEALS OF THE COUNTY OF HAWAI'I,
B.J. LEITHEAD-TODD, Planning Director,
Department of Planning, County of Hawai'i,
Appellees-Appellants,
and
MALAMA INVESTMENTS LLC,
a Hawai'i limited liability company, et al.,
Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 12-1-449K)

ORDER DENYING APPELLANTS-APPELLEES'S
OCTOBER 1, 2013 MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Leonard and Reifurth, JJ.)

Upon consideration of the Motion for Reconsideration by by Appellants-Appellees Richard Missler and Patricia Missler, filed on October 1, 2013, the attachments thereto and the files herein,

IT IS HEREBY ORDERED THAT the motion for reconsideration is denied.

DATED:   Honolulu, Hawai'i, October 4, 2013.


Chief Judge


Associate Judge


Associate Judge